1  JAMES R. WILLIAMS, County Counsel (S.B. #271253)
   MELISSA KINIYALOCTS, Lead Deputy County Counsel (S.B. #215814)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San Jose, California  95110-1770
   Telephone: (408) 299-5900
4  Facsimile:  (408) 292-7240

5  Attorneys for Defendants
   COUNTY OF SANTA CLARA and
6  SERGEANT ANDREW AGUILAR

7  ROBERT R. POWELL (S.B. #159747)
   SARAH E. MARINHO (S.B. #293690)
8  POWELL& ASSOCIATES
   925 West Hedding Street
9  San Jose, California 95126
   Telephone: (408) 553-0201
10
   Attorneys for Plaintiff
11 JULIAN VASQUEZ-BERNABE

12                     UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
13                          (San Jose Division)

14

| | |
|---|---|
| 15  JULIAN VASQUEZ-BERNABE, | No. 16-CV-03218-EJD |
| 16       Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO DISMISS THE ACTION PURSUANT TO F.R.C.P. 41** |
| 17  v. | |
| 18  COUNTY OF SANTA CLARA, CORRECTIONAL DEPUTY EDDIE BARRERA, CORRECTIONAL DEPUTY EMMANUEL THOMAS, and SERGEANT ANDREW AGUILAR, | |
| 21       Defendants. | |

22

23      **IT IS HEREBY STIPULATED** by and between the parties to this action through their

24  designated counsel that above-captioned action, be and hereby is dismissed with prejudice pursuant

25  to Federal Rules of Civil Procedure, Rule 41(a)(1).  Each side shall bear their own attorney's fees

26  and costs.

27  //

28  //

1

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature /S/ within this e-filed document.

POWELL & ASSOCIATES

Dated: October 30, 2017  By: /S/
SARAH E. MARINHO

Attorneys for Plaintiff
JULIAN VASQUEZ-BERNABE

JAMES R. WILLIAMS
County Counsel

Dated: October 30, 2017  By: /S/
MELISSA KINIYALOCTS
Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA and
SERGEANT ANDREW AGUILAR

McDOWALL COTTER, A.P.C.

Dated: October 30, 2017  By: /S/
DAVID S. ROSENBAUM

Attorneys for Defendant
DEPUTY EMMANUEL THOMAS

DAVIS & YOUNG, APLC

Dated: October 30, 2017  By: /S/
STEVEN B. DIPPELL

Attorneys for Defendant
DEPUTY EDDIE BARRERA

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

Dated: October 31, 2017

_____
EDWARD J. DAVILA
United States District Judge